# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PELLEGRINO, FRANK | § | Case No. 11-41046 |
| PELLEGRINO, CHRISTINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2011 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $       55,143.20

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 19,566.63 |
| Bank service fees | 415.59 |
| Other payments to creditors | 4,178.36 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 15,982.62 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/04/2012 and the deadline for filing governmental claims was 05/04/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,764.32 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,764.32 , for a total compensation of $ 4,764.32 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2015       By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 11-41046 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: PELLEGRINO, FRANK | Date Filed (f) or Converted (c): 10/10/11 (f) |
| PELLEGRINO, CHRISTINE | 341(a) Meeting Date: 11/22/11 |
| For Period Ending: 09/30/15 | Claims Bar Date: 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located 107 Jacquelyn Drive, Bensenville, IL 60106 | 133,000.00 | 0.00 | | 0.00 | FA |
| 2. checking Account with Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account with Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Employee Term Life Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) through emloyer | 2,307.06 | 0.00 | | 0.00 | FA |
| 8. 2010 tax refund of $2,398 Debtor has received and spent tax refund in its entirety on necessary and reasonable living expenses. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Lincoln Towncar with 108,000 miles Value according to Kelley Blue Book | 3,465.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Hyundai Santa Fe with 92.000 miles Value according to Kelley Blue Book | 4,035.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Kia Sedona with 65,000 miles Value according to Kelley Blue Book | 5,830.00 | 0.00 | | 0.00 | FA |
| 12. PI CASE (u) | Unknown | 40,000.00 | | 55,000.00 | FA |
| 13. REFUND (u) Refund of lien claim paid to Medicare | 0.00 | 134.20 | | 134.20 | FA |
| 14. OverPayment of claim (u) | 0.00 | 0.00 | | 9.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $149,937.06 | $40,134.20 | | $55,143.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-41046   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | PELLEGRINO, FRANK | Date Filed (f) or Converted (c): | 10/10/11 (f) |
| | PELLEGRINO, CHRISTINE | 341(a) Meeting Date: | 11/22/11 |
| | | Claims Bar Date: | 05/04/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee settled PI case. Will prepare TFR

October 21, 2014, 11:39 am

UNSCHEDULED PI CASE; EMPLOYED SPECIAL COUNSEL; MATTER PENDING IN STATE COURT

Litigation still pending in PI case- depositions have been completed and status court date set for mid November

PI case still pending.  Status court date set for mid January.

Initial Projected Date of Final Report (TFR): 12/30/14       Current Projected Date of Final Report (TFR): 03/31/15

/s/     GINA B. KROL
_____   Date: 09/30/15
     GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-41046 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | | Account Number / CD #: | *******1038  Checking Account |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 12 | Allstate Insurance Company | | 1242-000 | 55,000.00 | | 55,000.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 54,986.82 |
| 07/15/14 | 030001 | Hunt, Kaiser, Aranda & Subach, Ltd. | Attorneys Fees per Court Order | 3210-600 | | 18,333.33 | 36,653.49 |
| | | 1035 S. York Rd. | | | | | |
| | | Bensenville, IL  60106 | | | | | |
| 07/15/14 | 030002 | Hunt, Kaiser, Aranda & Subach, Ltd. | Attorneys Expenses per Court Order | 3220-610 | | 1,224.07 | 35,429.42 |
| | | 1035 S. York Rd. | | | | | |
| | | Bensenville, IL  60106 | | | | | |
| 07/15/14 | 030003 | Medicare | Medical Lien | 4220-000 | | 134.20 | 35,295.22 |
| 07/15/14 | 030004 | Elmhurst Hospital | Medical Lien | 4220-000 | | 208.00 | 35,087.22 |
| | | c/o MiraMed | | | | | |
| 07/15/14 | 030005 | NAMMIL | Medical Lien | 4220-000 | | 3,836.16 | 31,251.06 |
| | | c/o First Recovery | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 31,179.60 |
| 08/28/14 | 030006 | Frank Pellegrino | Exemption | 8100-000 | | 15,000.00 | 16,179.60 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.36 | 16,133.24 |
| 09/16/14 | 13 | BCRC | Refund | 1290-000 | 134.20 | | 16,267.44 |
| | | 775 Woodlands Parkway | | | | | |
| | | Ridgeland, MS  39157 | | | | | |
| 10/01/14 | 14 | First Recovery Group | Over Payment of Claim | 1290-000 | 9.00 | | 16,276.44 |
| | | 26899 Northwestern HWY | | | | | |
| | | Suite 250 | | | | | |
| | | Southfield, MI  48033 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 16,250.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.16 | 16,226.81 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.35 | 16,203.46 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.09 | 16,179.37 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.06 | 16,155.31 |
| 02/10/15 | 030007 | Adams Levine Surety Bond Agency | | 2300-000 | | 9.23 | 16,146.08 |
| | | 60 E. 42nd Street | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-41046 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | | Account Number / CD #: | *******1038 Checking Account |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.69 | 16,124.39 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.97 | 16,100.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.17 | 16,077.25 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.90 | 16,053.35 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.10 | 16,030.25 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.83 | 16,006.42 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.80 | 15,982.62 |

| Account *******1038 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 55,143.20 | 7 | Checks | 38,744.99 |
| | 0 | Interest Postings | 0.00 | 15 | Adjustments Out | 415.59 |
| | | Subtotal | $ 55,143.20 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 39,160.58 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 55,143.20 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-41046 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PELLEGRINO, FRANK | | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | | Account Number / CD #: | *******1038 Checking Account |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL    Date: 09/30/15
GINA B. KROL

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 30, 2015

Case Number: 11-41046
Debtor Name: PELLEGRINO, FRANK

Priority Sequence

Joint Debtor: PELLEGRINO, CHRISTINE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3210-00 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $1,848.00 | $1,848.00 |
| 001 3220-00 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $5.95 | $5.95 |
| 001 3991-00 | David E. Grochocinski | Administrative | | $0.00 | $1,191.08 | $1,191.08 |
| 200 2100-00 | GINA B. KROL | Administrative | | $0.00 | $3,573.24 | $3,573.24 |
| 1 610 7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 191017346 | Unsecured | | $0.00 | $2,532.44 | $2,532.44 |
| 2 610 7100-00 | FIA CARD SERVICES, NA successor to<br>Bank of Americ, NA (USA) and MBNA America Bank, NA<br>PO Box 15102<br>Wilmington, DE 198865102 | Unsecured | | $0.00 | $7,117.43 | $7,117.43 |
| 3 610 7100-00 | Capital One Bank (USA), NA by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 282721083 | Unsecured | | $0.00 | $12,765.33 | $12,765.33 |
| 4 610 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 331311605 | Unsecured | | $0.00 | $10,760.81 | $10,760.81 |
| 5 610 7100-00 | Dept of Education<br>FedLoan Servicing<br>PO Box 69184<br>Harrisburg, PA 171069184 | Unsecured | | $0.00 | $10,562.93 | $10,562.93 |
| BOND 999 2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $9.23 | $9.23 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: September 30, 2015 |

Case Number:  11-41046  
Debtor Name:  PELLEGRINO, FRANK  

Priority Sequence  

Joint Debtor:  PELLEGRINO, CHRISTINE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $50,366.44 | $50,366.44 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-41046  
Case Name: PELLEGRINO, FRANK  
                  PELLEGRINO, CHRISTINE  
Trustee Name: GINA B. KROL

      Balance on hand                                           $         15,982.62

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Successor Chapter 7 Trustee<br>Trustee Fees: GINA B. KROL | $ 3,573.24 | $ 0.00 | $ 3,573.24 |
| Attorney for Trustee Fees: InnovaLaw PC | $ 1,848.00 | $ 0.00 | $ 1,848.00 |
| Other: Adams Levine Surety Bond Agency | $ 9.23 | $ 9.23 | $ 0.00 |
| Original Chapter 7 Trustee<br>Other: David E. Grochocinski | $ 1,191.08 | $ 0.00 | $ 1,191.08 |
| Other: InnovaLaw PC | $ 5.95 | $ 0.00 | $ 5.95 |

      Total to be paid for chapter 7 administrative expenses       $       6,618.27

      Remaining Balance                                          $       9,364.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,738.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 191017346 | $ 2,532.44 | $ 0.00 | $ 542.19 |
| 2 | FIA CARD SERVICES, NA successor to Bank of Americ, NA (USA) and MBNA America Bank, NA PO Box 15102 Wilmington, DE 198865102 | $ 7,117.43 | $ 0.00 | $ 1,523.82 |
| 3 | Capital One Bank (USA), NA by American InfoSource LP as agent PO Box 71083 Charlotte, NC  282721083 | $ 12,765.33 | $ 0.00 | $ 2,733.01 |
| 4 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL  331311605 | $ 10,760.81 | $ 0.00 | $ 2,303.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Dept of Education FedLoan Servicing PO Box 69184 Harrisburg, PA  171069184 | $        10,562.93 | $              0.00 | $        2,261.48 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,364.35 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE