UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
PELLEGRINO, FRANK                   §      Case No. 11-41046 DRC
PELLEGRINO, CHRISTINE               §
                                    §
        Debtors                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2015 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/26/2015                By: JEFFREY P. ALLSTEADT
                                             Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
PELLEGRINO, FRANK                     §   Case No. 11-41046 DRC
PELLEGRINO, CHRISTINE                 §
                                      §
                                      §
         Debtors                      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 55,143.20 |
| and approved disbursements of | $ | 39,160.58 |
| leaving a balance on hand of[1] | $ | 15,982.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,573.24 | $ 0.00 | $ 3,573.24 |
| Attorney for Trustee Fees: InnovaLaw PC | $ 1,848.00 | $ 0.00 | $ 1,848.00 |
| Other: Adams Levine Surety Bond Agency | $ 9.23 | $ 9.23 | $ 0.00 |
| Other: David E. Grochocinski | $ 1,191.08 | $ 0.00 | $ 1,191.08 |
| Other: InnovaLaw PC | $ 5.95 | $ 0.00 | $ 5.95 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,618.27 |
| Remaining Balance | $ 9,364.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,738.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  21.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 191017346 | $ 2,532.44 | $ 0.00 | $ 542.19 |
| 2 | FIA CARD SERVICES, NA successor to Bank of Americ, NA (USA) and MBNA America Bank, NA PO Box 15102 Wilmington, DE 198865102 | $ 7,117.43 | $ 0.00 | $ 1,523.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (USA), NA by American InfoSource LP as agent PO Box 71083 Charlotte, NC 282721083 | $ 12,765.33 | $ 0.00 | $ 2,733.01 |
| 4 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 331311605 | $ 10,760.81 | $ 0.00 | $ 2,303.85 |
| 5 | Dept of Education FedLoan Servicing PO Box 69184 Harrisburg, PA 171069184 | $ 10,562.93 | $ 0.00 | $ 2,261.48 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,364.35 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Frank Pellegrino  
Christine E Pellegrino  
    Debtors

Case No. 11-41046-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dross                   Page 1 of 2                  Date Rcvd: Oct 27, 2015
                             Form ID: pdf006              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2015.
```
db/jdb         +Frank Pellegrino,    Christine E Pellegrino,    107 Jacquelyn Drive,    Bensenville, IL 60106-3228
18538893       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   FIA CARD SERVICES, NA successor to,    Bank of Americ, NA (USA) and,
                 MBNA America Bank, NA,    PO Box 15102,    Wilmington, DE 19886-5102)
18594350        Capital One Bank (USA), NA by,    American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
17902076       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
17902077       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18828035        Dept of Education,    FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
17902078       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
17902080       +Harris N.a.,    Attn: Bankruptcy,    3800 Golf Rd Ste. 300/Po Box 8759,
                 Rolling Meadows, IL 60008-4037
17902082       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
17902083        Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17902081        E-mail/Text: cio.bncmail@irs.gov Oct 28 2015 00:54:50     Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18765048        E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2015 08:05:29      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17902079       +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2015 08:05:29      Gemb/sams Club Dc,    Gemb Finance,
                 Po Box 103104,    Roswell, GA 30076-9104
19932106        E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2015 00:48:33      Midland Funding LLC,
                 By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19932107        E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2015 00:48:25     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17902075      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2015 at the address(es) listed below:
```
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Jason   Blust    on behalf of Joint Debtor Christine E Pellegrino
               jason.blust@clientfirstbankruptcy.com,    courtnotices@clientfirstbankruptcy.com
              Jason   Blust    on behalf of Debtor Frank  Pellegrino jason.blust@clientfirstbankruptcy.com,
               courtnotices@clientfirstbankruptcy.com
```

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Oct 27, 2015
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
         kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 6