# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PELLEGRINO, FRANK § Case No. 11-41046 DRC
PELLEGRINO, CHRISTINE §
§
    Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 105,671.00  *(Without deducting any secured claims)* | Assets Exempt: 59,266.06 |
| Total Distributions to Claimants: 13,542.71 | Claims Discharged Without Payment: 69,030.16 |
| Total Expenses of Administration: 26,600.49 | |

3) Total gross receipts of $ 55,143.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 40,143.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 118,215.00 | $ 4,178.36 | $ 4,178.36 | $ 4,178.36 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,600.49 | 26,600.49 | 26,600.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,171.57 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,325.00 | 43,738.94 | 43,738.94 | 9,364.35 |
| **TOTAL DISBURSEMENTS** | $ 175,711.57 | $ 74,517.79 | $ 74,517.79 | $ 40,143.20 |

4)  This case was originally filed under chapter 7 on  10/10/2011 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/27/2016           By:/s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CASE | 1242-000 | 55,000.00 |
| REFUND | 1290-000 | 134.20 |
| OverPayment of claim | 1290-000 | 9.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,143.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Frank Pellegrino | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 | | 1,771.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Des Moines, IA 50306 | | 116,444.00 | NA | NA | 0.00 |
| | ELMHURST HOSPITAL | 4220-000 | NA | 208.00 | 208.00 | 208.00 |
| | MEDICARE | 4220-000 | NA | 134.20 | 134.20 | 134.20 |
| | NAMMIL | 4220-000 | NA | 3,836.16 | 3,836.16 | 3,836.16 |
| **TOTAL SECURED CLAIMS** | | | $ 118,215.00 | $ 4,178.36 | $ 4,178.36 | $ 4,178.36 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,573.24 | 3,573.24 | 3,573.24 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 9.23 | 9.23 | 9.23 |
| ASSOCIATED BANK | 2600-000 | NA | 415.59 | 415.59 | 415.59 |
| INNOVALAW PC | 3210-000 | NA | 1,848.00 | 1,848.00 | 1,848.00 |
| HUNT, KAISER, ARANDA & SUBACH, LTD. | 3210-600 | NA | 18,333.33 | 18,333.33 | 18,333.33 |
| INNOVALAW PC | 3220-000 | NA | 5.95 | 5.95 | 5.95 |
| HUNT, KAISER, ARANDA & SUBACH, LTD. | 3220-610 | NA | 1,224.07 | 1,224.07 | 1,224.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 3991-000 | NA | 1,191.08 | 1,191.08 | 1,191.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 26,600.49 | $ 26,600.49 | $ 26,600.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | 3,171.57 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,171.57 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 6,823.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,178.00 | NA | NA | 0.00 |
| | Gemb/sams Club Dc Gemb Finance Po Box 103104 Roswell, GA 30076 | | 10,181.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | | 9,302.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK (USA), NA BY | 7100-000 | 12,134.00 | 12,765.33 | 12,765.33 | 2,733.01 |
| 1 | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 2,532.44 | 2,532.44 | 542.19 |
| 5 | DEPT OF EDUCATION | 7100-000 | 10,707.00 | 10,562.93 | 10,562.93 | 2,261.48 |
| 2 | FIA CARD SERVICES, NA SUCCESSOR TO | 7100-000 | NA | 7,117.43 | 7,117.43 | 1,523.82 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | NA | 10,760.81 | 10,760.81 | 2,303.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 54,325.00 | $ 43,738.94 | $ 43,738.94 | $ 9,364.35 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-41046 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | | | Date Filed (f) or Converted (c): | 10/10/11 (f) |
| | PELLEGRINO, CHRISTINE | | | 341(a) Meeting Date: | 11/22/11 |
| For Period Ending: | 01/27/16 | | | Claims Bar Date: | 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located 107 Jacquelyn Drive, Bensenville, IL 60106 | 133,000.00 | 0.00 | | 0.00 | FA |
| 2. checking Account with Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account with Charter One | 0.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Employee Term Life Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) through emloyer | 2,307.06 | 0.00 | | 0.00 | FA |
| 8. 2010 tax refund of $2,398  Debtor has received and spent tax refund in its entirety on necessary and reasonable living expenses. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Lincoln Towncar with 108,000 miles Value according to Kelley Blue Book | 3,465.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Hyundai Santa Fe with 92.000 miles Value according to Kelley Blue Book | 4,035.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Kia Sedona with 65,000 miles Value according to Kelley Blue Book | 5,830.00 | 0.00 | | 0.00 | FA |
| 12. PI CASE (u) | Unknown | 55,000.00 | | 55,000.00 | FA |
| 13. REFUND (u) Refund of lien claim paid to Medicare | 0.00 | 134.20 | | 134.20 | FA |
| 14. OverPayment of claim (u) | 0.00 | 9.00 | | 9.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $149,937.06 | $55,143.20 | | $55,143.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05c

Case 11-41046   Doc 53   Filed 02/26/16   Entered 02/26/16 14:21:10   Desc Main
Document      Page 8 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-41046  DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | PELLEGRINO, FRANK | Date Filed (f) or Converted (c): | 10/10/11 (f) |
| | PELLEGRINO, CHRISTINE | 341(a) Meeting Date: | 11/22/11 |
| | | Claims Bar Date: | 05/04/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review
September 30, 2015, 01:34 pm

Successor Trustee settled PI case. Will prepare TFR
October 21, 2014, 11:39 am

UNSCHEDULED PI CASE; EMPLOYED SPECIAL COUNSEL; MATTER PENDING IN STATE COURT
Litigation still pending in PI case- depositions have been completed and status court date set for mid November
PI case still pending.  Status court date set for mid January.

Initial Projected Date of Final Report (TFR): 12/30/14        Current Projected Date of Final Report (TFR): 10/31/15


        /s/     GINA B. KROL
_____   Date: 01/27/16
         GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-41046 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | Account Number / CD #: | *******1038 Checking Account |
| Taxpayer ID No: | *******3810 | | |
| For Period Ending: | 01/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 12 | Allstate Insurance Company | | 1242-000 | 55,000.00 | | 55,000.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.18 | 54,986.82 |
| 07/15/14 | 030001 | Hunt, Kaiser, Aranda & Subach, Ltd. | Attorneys Fees per Court Order | 3210-600 | | 18,333.33 | 36,653.49 |
| | | 1035 S. York Rd. | | | | | |
| | | Bensenville, IL  60106 | | | | | |
| 07/15/14 | 030002 | Hunt, Kaiser, Aranda & Subach, Ltd. | Attorneys Expenses per Court Order | 3220-610 | | 1,224.07 | 35,429.42 |
| | | 1035 S. York Rd. | | | | | |
| | | Bensenville, IL  60106 | | | | | |
| 07/15/14 | 030003 | Medicare | Medical Lien | 4220-000 | | 134.20 | 35,295.22 |
| 07/15/14 | 030004 | Elmhurst Hospital | Medical Lien | 4220-000 | | 208.00 | 35,087.22 |
| | | c/o MiraMed | | | | | |
| 07/15/14 | 030005 | NAMMIL | Medical Lien | 4220-000 | | 3,836.16 | 31,251.06 |
| | | c/o First Recovery | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 31,179.60 |
| 08/28/14 | 030006 | Frank Pellegrino | Exemption | 8100-000 | | 15,000.00 | 16,179.60 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.36 | 16,133.24 |
| 09/16/14 | 13 | BCRC | Refund | 1290-000 | 134.20 | | 16,267.44 |
| | | 775 Woodlands Parkway | | | | | |
| | | Ridgeland, MS  39157 | | | | | |
| 10/01/14 | 14 | First Recovery Group | Over Payment of Claim | 1290-000 | 9.00 | | 16,276.44 |
| | | 26899 Northwestern HWY | | | | | |
| | | Suite 250 | | | | | |
| | | Southfield, MI  48033 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 16,250.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.16 | 16,226.81 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.35 | 16,203.46 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.09 | 16,179.37 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.06 | 16,155.31 |
| 02/10/15 | 030007 | Adams Levine Surety Bond Agency | | 2300-000 | | 9.23 | 16,146.08 |
| | | 60 E. 42nd Street | | | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-41046 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | Account Number / CD #: | *******1038 Checking Account |
| Taxpayer ID No: | *******3810 | | |
| For Period Ending: | 01/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.69 | 16,124.39 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.97 | 16,100.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.17 | 16,077.25 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.90 | 16,053.35 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.10 | 16,030.25 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.83 | 16,006.42 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.80 | 15,982.62 |
| 11/20/15 | 030008 | InnovaLaw PC | Final Distribution | 3210-000 | | 1,848.00 | 14,134.62 |
| | | 1900 Ravinia Place | Attorneys Fees | | | | |
| | | Orland Park, IL 60462 | | | | | |
| 11/20/15 | 030009 | InnovaLaw PC | Final Distribution | 3220-000 | | 5.95 | 14,128.67 |
| | | 1900 Ravinia Place | Attorneys Expenes | | | | |
| | | Orland Park, IL 60462 | | | | | |
| 11/20/15 | 030010 | David E. Grochocinski | Final Distribution | 3991-000 | | 1,191.08 | 12,937.59 |
| | | | Trustee's Fees | | | | |
| 11/20/15 | 030011 | GINA B. KROL | Final Distribution | 2100-000 | | 3,573.24 | 9,364.35 |
| | | | Trustee's Fees | | | | |
| 11/20/15 | 030012 | Department of the Treasury | Final Distribution | 7100-000 | | 542.19 | 8,822.16 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 191017346 | | | | | |
| 11/20/15 | 030013 | FIA CARD SERVICES, NA successor to | Final Distribution | 7100-000 | | 1,523.82 | 7,298.34 |
| | | Bank of Americ, NA (USA) and | | | | | |
| | | MBNA America Bank, NA | | | | | |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 198865102 | | | | | |
| 11/20/15 | 030014 | Capital One Bank (USA), NA by | Final Distribution | 7100-000 | | 2,733.01 | 4,565.33 |
| | | American InfoSource LP as agent | | | | | |
| | | PO Box 71083 | | | | | |

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 11-41046 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PELLEGRINO, FRANK | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | Account Number / CD #: | *******1038 Checking Account |
| Taxpayer ID No: | *******3810 | | |
| For Period Ending: | 01/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/15 | 030015 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 331311605<br>Charlotte, NC 282721083 | Final Distribution | 7100-000 | | 2,303.85 | 2,261.48 |
| 11/20/15 | 030016 | Dept of Education<br>FedLoan Servicing<br>PO Box 69184<br>Harrisburg, PA 171069184 | Final Distribution | 7100-000 | | 2,261.48 | 0.00 |

| Account *******1038 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 55,143.20 | 16 | Checks | 54,727.61 |
| 0 | Interest Postings | 0.00 | 15 | Adjustments Out | 415.59 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 55,143.20 | | | |
| | | | | Total | $ 55,143.20 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 55,143.20 | | | |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 11)*     Ver: 19.05c

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-41046 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PELLEGRINO, FRANK | | Bank Name: | ASSOCIATED BANK |
| | PELLEGRINO, CHRISTINE | | Account Number / CD #: | *******1038  Checking Account |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 01/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL    Date: 01/27/16
GINA B. KROL